**Order entered September 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00418-CR
## No. 05-14-00419-CR

**DIANA FLORES PEINADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F10-25782-L, F12-00406-L**

## ORDER

The Court **REINSTATES** the appeals.

On August 6, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeals; (2) appellant is indigent and represented by court-appointed counsel Jeffery Buchwald; (3) Mr. Buchwald's explanation for the delay in filing appellant's brief is his workload and family medical issues; and (4) Mr. Buchwald requested a sixty day extension of time from the August 28, 2014 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **OCTOBER 27, 2014**. Due to the length of the extension and the fact that appellant's brief is already two months overdue, no further extensions

will be granted. If the brief is not filed by the date specified, we will order Jeffrey Buchwald removed as appellant's counsel and will order the trial court to appoint new counsel to represent appellant in these appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Carter Thompson, Presiding Judge, Criminal District Court No. 5; and to counsel for all parties.

/s/    LANA MYERS
JUSTICE